■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DUPREE, Appellant.—Judgment, Supreme Court, Bronx County, rendered on September 24, 1976, unanimously affirmed. Application by appellant's coun-

sel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Bloom, Yesawich and Ross, JJ.